186 P.3d 629

# SUPREME COURT OF HAWAI'I

Inoue v. Inoue ................ 28028     07/03/2008  Denied        118 Hawai'i 86, 185 P.3d 834